# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159744-5(59)

MICHAEL J. LONG, Personal Representative
of the ESTATE OF MICHAEL KNUDSEN,
            Plaintiff/Counter-Defendant-
            Appellee,

v

GEOFFREY FIEGER and FIEGER LAW, PC,
            Defendants/Counter-
            Plaintiffs/Third-Party
            Plaintiffs-Appellants,
and

RICHARD M GOODMAN, GOODMAN
KALAHAR, DEAN A ROBB, and DEAN ROBB
LAW FIRM,
            Third-Party Defendants-Appellees.
_____/

SC: 159744
COA: 341412
Grand Traverse CC:
    2016-031437-NM

ZACHARY ALLEN KOTT-MILLARD,
            Plaintiff/Counter-Defendant-
            Appellee,

v

GEOFFREY FIEGER and FIEGER LAW, PC,
            Defendants/Counter-
            Plaintiffs/Third-Party
            Plaintiffs-Appellants,
and

RICHARD M GOODMAN, GOODMAN
KALAHAR, DEAN A ROBB, and DEAN ROBB
LAW FIRM,
            Third-Party Defendants-Appellees.
_____/

SC: 159745
COA: 341414
Grand Traverse CC:
    2016- 031442-NM

On order of the Chief Justice, the motion of appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before November 7, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2019



Clerk